# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIL' MAN IN THE BOAT, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br>　　　　Defendants. | Case No.17-cv-00904-JST <br><br>**SCHEDULING ORDER** <br><br>Re: ECF No. 13 |

Pursuant to the Parties' stipulation, it is hereby ORDERED that, the deadline for Plaintiff to respond to Defendants' Motion to Dismiss shall be continued from April 13, 2017 until April 27, 2017, the deadline for Defendants to file a reply shall be continued from April 20, 2017 until May 11, 2017. The hearing on the Motion to Dismiss is continued from May 4, 2017 to June 15, 2017 at 2:00 p.m.

IT IS SO ORDERED.

Dated: April 12, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge