David R. Ongaro (State Bar No. 154698)
dongaro@ongaropc.com
ONGARO PC
50 California Street, Suite 3325
San Francisco, CA 94111
Phone: (415) 433-3900
Fax: (415) 433-3950

Attorneys for Plaintiff
LIL' MAN IN THE BOAT, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LIL' MAN IN THE BOAT, INC., a California Corporation. <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO and SAN FRANCISCO PORT COMMISSION, operating under the title PORT OF SAN FRANCISCO, ELAINE FORBES, Interim Executive Director of the San Francisco Port; PETER DALEY, Deputy Director, Maritime, the San Francisco Port; JEFF BAUER, Deputy Director of Real Estate, the San Francisco Port; JOE MONROE, Harbormaster, South Beach Harbor, Pier 40, <br><br> Defendants. | Case No. 3:17-cv-00904 JST <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL DISCLOSURES AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO JUNE 15, 2017** |

STIPULATION AND [PROPOSED] ORDER

WHEREAS, Defendants have filed a Motion to Dismiss, which is scheduled for hearing on June 15, 2017 at 2:00 p.m.;

WHEREAS, the initial case management conference is currently scheduled for June 7, 2017 at 2:00 p.m.;

WHEREAS, the parties agree that, subject to the Court's availability and approval, it would be efficient to hold the hearing on the Motion to Dismiss and the initial case management conference on the same date;

WHEREAS, the parties have also agreed that their initial disclosures shall be exchanged two weeks after the Court's Order resolving the Motion to Dismiss;

THEREFORE, it is hereby STIPULATED, by and between the parties that, subject to the Court's approval, the initial case management conference shall be continued from June 7, 2017 at 2:00 p.m. until June 15, 2017 at 2:00 p.m.  It is further stipulated that the parties' initial disclosures shall be exchanged two weeks after the date of the Court's Order resolving the Motion to Dismiss.

IT IS SO STIPULATED.

Date:  May 18, 2017                               **ONGARO PC**

                                                  *s/David R. Ongaro*
                                                  David R. Ongaro
                                                  Attorneys for Plaintiff
                                                  LIL' MAN IN THE BOAT, INC.

Date:  May 18, 2017                               DENNIS J. HERRERA
                                                  City Attorney
                                                  WAYNE SNODGRASS
                                                  TARA M. STEELEY

                                                  Deputy City Attorneys


                                                  *s/ Tara M. Steeley*
                                                  Tara M. Steeley
                                                  Attorneys for Defendants

**~~PROPOSED~~ ORDER**

Pursuant to the Parties' stipulation, it is hereby ORDERED that the initial case management conference in this matter shall be continued from June 7, 2017 at 2:00 p.m. until June 15, 2017 at 2:00 p.m. to be held following the hearing on the Motion to Dismiss. It is further ORDERED that pursuant to the Parties' stipulation, the parties' initial disclosures shall be exchanged two weeks after the date of the Court's Order resolving the Motion to Dismiss.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ____May 22____, 2017

_____
*Hon. Jon S. Tigar*

3
STIPULATION AND [~~PROPOSED~~] ORDER

**<u>ATTESTATION REGARDING SIGNATURES</u>**

I attest that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

            *s/David R. Ongaro*
            David R. Ongaro