1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   Deputy City Attorney
3  TARA M. STEELEY, State Bar #231775
   Deputy City Attorney
4  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
5  San Francisco, California 94102-4682
   Telephone:    (415) 554-4655
6  Facsimile:    (415) 554-4699
   E-Mail:       tara.steeley@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO PORT COMMISSION,
operating under the title PORT OF SAN FRANCISCO,
ELAINE FORBES, in her capacity as Interim Executive Director
of the San Francisco Port, PETER DALEY, in his capacity as
Deputy Director Maritime, the San Francisco Port
JEFF BAUER, in his capacity as Deputy Director of Real Estate,
the San Francisco Port; JOE MONROE, in his capacity as
Harbormaster, South Beach Harbor, Pier 40

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIL' MAN IN THE BOAT, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and SAN FRANCISCO PORT COMMISSION, operating under the title PORT OF SAN FRANCISCO, ELAINE FORBES, Interim Executive Director of the San Francisco Port; PETER DALEY, Deputy Director Maritime, the San Francisco Port; JEFF BAUER, Deputy Director of Real Estate, the San Francisco Port; JOE MONROE, Harbormaster, South Beach Harbor, Pier 40,<br><br>Defendants. | Case No. 3:17-cv-00904 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date Action Filed:  February 23, 2017<br>Trial Date:              None set |

# STIPULATION

WHEREAS, this Court set a Further Case Management Conference for December 12, 2018;

WHEREAS, Plaintiff's Motion for Class Certification is pending before the Court;

WHEREAS, continuing the conference until after the Court renders a decision on Plaintiff's Motion for Class Certification will conserve judicial resources and the parties' resources;

WHEREAS, the parties jointly request that the Court continue the Further Case Management Conference to January 16, 2019, subject to the Court's availability;

Accordingly, pursuant to Local Civil Rule 6-2, the parties stipulate as follows:

1. Subject to the Court's approval, the Further Case Management Conference shall be continued to January 16, 2019, or to a date shortly thereafter as set by the Court;

2. The last day to file the Joint or Separate Case Management Statement shall be one week prior to the Case Management Conference.

IT IS SO STIPULATED.

Dated: November 28, 2018

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
TARA M. STEELEY
Deputy City Attorneys

By: /s/*Tara M. Steeley*
TARA M. STEELEY

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO PORT COMMISSION, operating under the title PORT OF SAN FRANCISCO, ELAINE FORBES, PETER DALEY, JEFF BAUER, JOE MONROE

Dated: November 28, 2018

By: **/s/ Amelia Winchester
DAVID ONGARO
AMELIA WINCHESTER
Attorneys at Law

LIL' MAN IN THE BOAT, INC., a California Corporation

**Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

1

STIP. AND [PROPOSED] ORDER RE CMC
CASE NO. 3:17-cv-00904 JST

n:\lit\li2017\171137\01314867.docx

**[PROPOSED] ORDER**

For good cause appearing, the Court hereby ORDERS the following:

1. Further Case Management Conference, set for December 12, 2018, shall be continued to January 16, 2019, subject to the Court's availability.

2. The last day to file the Joint or Separate Case Management shall be one week prior to the conference.


IT IS SO ORDERED.

Dated: November 29, 2018

THE HONORABLE JON S. TIGAR
Judge, United States District Court