| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | WAYNE SNODGRASS, State Bar #148137<br>Deputy City Attorney |
| 3 | TARA M. STEELEY, State Bar #231775<br>Deputy City Attorney |
| 4 | City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place |
| 5 | San Francisco, California 94102-4682<br>Telephone: (415) 554-4655 |
| 6 | Facsimile: (415) 554-4699<br>E-Mail: tara.steeley@sfcityatty.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO PORT COMMISSION,
operating under the title PORT OF SAN FRANCISCO,
ELAINE FORBES, in her capacity as Interim Executive Director
of the San Francisco Port, PETER DALEY, in his capacity as
Deputy Director Maritime, the San Francisco Port
JEFF BAUER, in his capacity as Deputy Director of Real Estate,
the San Francisco Port; JOE MONROE, in his capacity as
Harbormaster, South Beach Harbor, Pier 40

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIL' MAN IN THE BOAT, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and SAN FRANCISCO PORT COMMISSION, operating under the title PORT OF SAN FRANCISCO, ELAINE FORBES, Interim Executive Director of the San Francisco Port; PETER DALEY, Deputy Director Maritime, the San Francisco Port; JEFF BAUER, Deputy Director of Real Estate, the San Francisco Port; JOE MONROE, Harbormaster, South Beach Harbor, Pier 40,<br><br>Defendants. | Case No. 3:17-cv-00904 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date Action Filed: February 23, 2017<br>Trial Date: None set |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, this Court set a Further Case Management Conference for January 16, 2019; |
| 3 | WHEREAS, the parties' joint case management statement is due on January 9, 2019; |
| 4 | WHEREAS, the Court denied Plaintiff's Motion for Class Certification on January 8, 2019; |
| 5 | WHEREAS, Plaintiff needs additional time to evaluate next steps in the litigation in light of |
| 6 | the Court's denial of its Motion for Class Certification; |
| 7 | WHEREAS, the parties have not had an opportunity to meet and confer about next steps in the |
| 8 | litigation or a proposed schedule since the Court decided Plaintiff's Motion for Class Certification; |
| 9 | WHEREAS, counsel for Plaintiff is unavailable to meet and confer or prepare a joint case |
| 10 | management statement today due to prior commitments; |
| 11 | WHEREAS, the parties believe that it would conserve judicial resources and the parties' |
| 12 | resources if the Court holds a case management conference after Plaintiff has the opportunity to |
| 13 | evaluate next steps in the litigation in light of the class certification decision and after the parties have |
| 14 | had an opportunity to meet and confer about those next steps; |
| 15 | WHEREAS, the parties jointly request that the Court continue the Further Case Management |
| 16 | Conference to January 30, 2019, subject to the Court's availability; |
| 17 | Accordingly, pursuant to Local Civil Rule 6-2, the parties stipulate as follows: |
| 18 | 1. Subject to the Court's approval, the Further Case Management Conference shall be |
| 19 | continued to January 30, 2019, or to a date shortly thereafter as set by the Court; |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | |
| 28 | |

2. The last day to file the Joint or Separate Case Management Statement shall be one week prior to the Case Management Conference.

IT IS SO STIPULATED.

Dated: January 9, 2019

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
TARA M. STEELEY
Deputy City Attorneys

By: /s/*Tara M. Steeley*
TARA M. STEELEY

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO PORT COMMISSION, operating under the title PORT OF SAN FRANCISCO, ELAINE FORBES, PETER DALEY, JEFF BAUER, JOE MONROE

Dated: January 9, 2019

By: **/s/ Amelia Winchester
DAVID ONGARO
AMELIA WINCHESTER
Attorneys at Law

LIL' MAN IN THE BOAT, INC., a California Corporation

**Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

**[PROPOSED] ORDER**

For good cause appearing, the Court hereby ORDERS the following:

1. Further Case Management Conference, set for January 16, 2019, shall be continued to January 30, 2019, subject to the Court's availability.

2. The last day to file the Joint or Separate Case Management shall be one week prior to the conference.

IT IS SO ORDERED.

Dated: January 10, 2019

THE HONORABLE JON S. TIGAR
Judge, United States District Court