DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
TARA M. STEELEY, State Bar #231775
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4655
Facsimile:     (415) 554-4699
E-Mail:        Tara.Steeley@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, and
SAN FRANCISCO PORT COMMISSION,
operating under the title PORT OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIL' MAN IN THE BOAT, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and SAN FRANCISCO PORT COMMISSION, operating under the title PORT OF SAN FRANCISCO, ELAINE FORBES, Executive Director of the San Francisco Port; PETER DAILEY, Deputy Director, Maritime, the San Francisco Port; JEFF BAUER, Senior Leasing Manager, the San Francisco Port; JOE MONROE, Harbormaster, South Beach Harbor, Pier 40,<br><br>Defendants. | Case No. 4:17-cv-00904 JST<br><br>**[PROPOSED] JUDGMENT**<br><br>Date Action Filed:  February 22, 2017<br>Trial Date:         May 4, 2020 |

1  On November 26, 2019, this Court entered the Order Denying Plaintiff's Motion for Summary Judgment and granting Defendants' Motion for Summary Judgment. (See ECF #127.) The reasons for the Court's holdings are set forth in that order.

NOW, THEREFORE, THE COURT HEREBY ORDERS that judgment shall be entered in favor of Defendants the City and County of San Francisco and San Francisco Port Commission, operating under the title Port of San Francisco, and against Plaintiff Lil' Man in the Boat. Costs are awarded to Defendants as the prevailing party.

IT IS SO ORDERED.

Dated:_____

HONORABLE JON S. TIGAR
United States District Judge