UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIL' MAN IN THE BOAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 17-cv-00904-JST <br><br> **JUDGMENT** <br> Re: ECF No. 127 |

On November 26, 2019, this Court entered an Order Denying Plaintiff's Motion for Summary Judgment and granting Defendants' Motion for Summary Judgment. ECF No. 127. Defendants moved for summary judgment on the Tonnage Clause, the Commerce Clause, and the Rivers and Harbors Act. The alleged violations of those laws formed the basis of each of Plaintiff's remaining claims for: (1) the Civil Rights Act, 42 U.S.C. § 1983; (2) Declaratory and Injunctive Relief; and (3) Unjust Enrichment. This Court found in Defendants' favor on its cross-motion for summary judgment. As a result, this action, including each of Plaintiff's claims, is dismissed on the merits.

NOW, THEREFORE, THE COURT HEREBY ORDERS that judgment shall be entered in favor of Defendants the City and County of San Francisco and San Francisco Port Commission, operating under the title Port of San Francisco, and against Plaintiff Lil' Man in the Boat. Costs are awarded to Defendants as the prevailing party.

**IT IS SO ORDERED.**

Dated: December 17, 2019



JON S. TIGAR
United States District Judge