# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 17-cv-00904-JST

Date case was first filed in U.S. District Court: February 22, 2017

Date of judgment or order you are appealing: 12/17/2019 (Judgment)

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Lil' Man In The Boat, Inc.

Is this a cross-appeal?  ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

Ongaro PC

1604 Union Street

City: San Francisco   State: CA   Zip Code: 94123

Prisoner Inmate or A Number (if applicable):

**Signature** [signature]   Date: December 27, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Lil' Man In The Boat, Inc.

Name(s) of counsel (if any):

Ongaro PC
David R. Ongaro

Address: 1604 Union Street, San Francisco, CA 94123

Telephone number(s): (415) 433-3900

Email(s): dongaro@ongaropc.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

City and County of San Francisco and San Francisco Port Commission, operating under the title Port of San Francisco; Elaine Forbes, Peter Dailey, Jeff Bauer, and Joe Monroe

Name(s) of counsel (if any):

Dennis J. Herrera; Tara M. Steeley
City Attorney; Deputy City Attorney

Address: City Hall, Room 234, 1 Dr. Carlton B. Goodlett Place, SF CA 94102

Telephone number(s): (415) 554-4655

Email(s): Tara.Steeley@sfcityatty.org

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                1                                           Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                                           2                                    *Rev. 12/01/2018*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIL' MAN IN THE BOAT, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00904-JST<br><br>**JUDGMENT**<br>Re: ECF No. 127 |

　　　　On November 26, 2019, this Court entered an Order Denying Plaintiff's Motion for Summary Judgment and granting Defendants' Motion for Summary Judgment. ECF No. 127. Defendants moved for summary judgment on the Tonnage Clause, the Commerce Clause, and the Rivers and Harbors Act. The alleged violations of those laws formed the basis of each of Plaintiff's remaining claims for: (1) the Civil Rights Act, 42 U.S.C. § 1983; (2) Declaratory and Injunctive Relief; and (3) Unjust Enrichment. This Court found in Defendants' favor on its cross-motion for summary judgment. As a result, this action, including each of Plaintiff's claims, is dismissed on the merits.

　　　　NOW, THEREFORE, THE COURT HEREBY ORDERS that judgment shall be entered in favor of Defendants the City and County of San Francisco and San Francisco Port Commission, operating under the title Port of San Francisco, and against Plaintiff Lil' Man in the Boat. Costs are awarded to Defendants as the prevailing party.

　　　　**IT IS SO ORDERED.**

Dated: December 17, 2019



　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　United States District Judge